IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CTD NETWORKS LLC,<br><br>    *Plaintiff*,<br>v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>    *Defendant.* | Civil Action No. 6:22-cv-01306-XR<br><br>JURY TRIAL DEMANDED |

## ORDER REGARDING CASE DEADLINES

Before this Court is Plaintiff CTD Networks LLC's ("CTD") and Defendant Verizon Communications Inc.'s ("Verizon") Joint Motion Regarding Case Deadlines. In light of the Court's orders in *CTD Networks, LLC v. Cisco Systems, Inc.*, No. 6:22-cv-01039-XR, *CTD Networks, LLC v. Amazon.com, Inc.*, No. 6:22-cv-01034-XR, *CTD Networks, LLC v. Microsoft Corp.*, No. 6:22-cv-01049-XR, and *CTD Networks, LLC v. Google LLC*, No. 6:22-cv-01042-XR, the Court grants the parties request for the following case schedule:

| Date | Proposed Deadline |
|---|---|
| 4/21/2023 | CTD file amended complaint |
| 5/29/2023 | Verizon files response to amended complaint, including any motion to dismiss |
| 6/16/2023 | CTD files a response to any motion to dismiss |
| 6/30/2023 | Verizon files a reply in support of any motion to dismiss |

SIGNED this _____ of April, 2023.

                                                                                         XAVIER RODRIGUEZ
                                                                                         UNITED STATES DISTRICT JUDGE